**HARTSELL v. HARTSELL**

[328 N.C. 729 (1991)]

BILLIE M. HARTSELL v. GENE W. HARTSELL

No. 405A90

(Filed 2 May 1991)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from a divided panel of the Court of Appeals, 99 N.C. App. 380, 393 S.E.2d 570 (1990), affirming the order of *Johnston (Robert P.), J.*, at the 13 December 1988 Session of District Court, MECKLENBURG County. Heard in the Supreme Court 9 April 1991.

*James, McElroy and Diehl, P.A., by William K. Diehl, Jr. and Barbara J. Hellenschmidt, for plaintiff appellee.*

*Douglas E. Brafford for defendant appellant.*

PER CURIAM.

Affirmed.